# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0244
_____

MARVIN PACE,

Appellant,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

Appellee.
_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.


June 14, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, BILBREY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Marvin Pace, pro se, Appellant.

Ashley Moody, Attorney General, Brian R. Flynn-Fallon, Assistant Attorney General, and Kelly R. Forren, Assistant Attorney General, Tallahassee, for Appellee.